HARTFORD COUNTY, FEBRUARY TERM, A. D. 1793.

TREASURER COLT v. EATON & GOODWIN.

The court will chancer a bond upon a *scire facias*.

SCIRE FACIAS on a bond of recognizance, for £200; conditioned, that said Eaton should appear before the Superior Court and answer to a certain information against him for passing counterfeit money; which had been called and forfeited.

The case was defaulted — And upon motion of the bondsman, the court heard the situation and circumstances of the case, and chancered said bond down to £100 lawful money.